IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01210-WDM-BNB

TRACEY L. HANSEN,

Plaintiff,

v.

JOE ORTIZ, in his official and individual capacity,
DR. SHAMES, in his official and individual capacity,
JOAN SHOEMAKER, in her official and individual capacity,
MITRA RAZZAGHI, in her official and individual capacity,
DEBRA RILEY, in her official and individual capacity, and
TONY DECESARIO, in his official and individual capacity,

Defendants.

## ORDER DIRECTING PLAINTIFF TO MAKE
## MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

By an Order entered July 14, 2005, Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to [her] account" until the filing fee is paid in full. In the order granting plaintiff leave to proceed *in forma pauperis*, plaintiff was instructed either to make the required monthly payments or to show cause **each month** why she has no assets and no means by which to make the monthly payment. In order to show cause, plaintiff was directed to file a certified copy of her inmate trust fund account statement. Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

Plaintiff paid an initial partial filing fee of $26.00 on August 4, 2005. Thereafter, she has neither made any monthly payment nor shown cause to excuse her monthly payments.

Plaintiff has failed to make the required monthly payments or show cause why she has no assets and no means by which to make the monthly payments for the months of September and October 2005. Therefore, plaintiff will be ordered either to make the required monthly payments or to show cause why she cannot.

Nor is it acceptable for plaintiff to meet her monthly obligations only when specifically called upon by the court through an order to pay or show cause. Such a procedure unreasonably burdens the court. Consequently, hereafter I will require plaintiff, on or before the 15th day of **each** month and without any further notice from or order of the court, either to make the required monthly payment for the preceding month or to file a certified copy of her inmate trust fund account statement for the preceding month demonstrating that she has no assets and no means by which to make the monthly payment. If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, I will recommend that the case be dismissed for failure to comply with this order and with the order allowing plaintiff to proceed *in forma pauperis* entered July 14, 2005.

IT IS ORDERED that plaintiff shall have 15 days from the date of this order to make the required monthly payments of 20 percent of each month's income credited to her account or to show cause why she cannot make the required monthly payments.

IT IS FURTHER ORDERED that on the 15th day of **each** month hereafter plaintiff shall either make the required monthly payment for the preceding month or file a certified copy of her

2

inmate trust fund account statement for the preceding month demonstrating that she has no assets and no means by which to make the monthly payment.

IT IS FURTHER ORDERED that if plaintiff fails to comply with this order, the complaint and this action may be dismissed without further notice.

Dated November 3, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge