IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-1210-WDM-BNB

TRACEY L. HANSEN,

    Plaintiff,

v.

JOE ORTIZ, et al.,

    Defendants.

## ORDER

Miller, J.

This matter is before me on Plaintiff's Motion for Default Judgment, filed November 1, 2005.  Defendants filed a motion to dismiss within the time to respond to the complaint.  Therefore, Defendants are not in default.  Accordingly, Plaintiff's Motion for Default Judgment, filed November 1, 2005 (Docket No. 28), is denied.

DATED at Denver, Colorado, on November 7, 2005.

        BY THE COURT:

        /s/ Walker D. Miller
        United States District Judge