IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01210-WDM-BNB

TRACEY L. HANSEN,

Plaintiff,

v.

JOE ORTIZ, sued in his official and individual capacity,
CHIEF MEDICAL OFFICER, sued in his official and individual capacity (Dr. Shames),
JOAN SHOEMAKER, sued in her official and individual capacity,
MITRA RAZZAGHI, M.D., sued in her official and individual capacity,
DEBRA RILEY, P.A., sued in her official and individual capacity, and
TONY DECESARIO, sued in his official and individual capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Restrain** (the "Motion"), filed on December 9, 2005.

IT IS ORDERED that the Motion is DENIED.


DATED:  December 13, 2005