IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01210-WDM-BNB

TRACEY L HANSEN,

    Plaintiff,

v.

JOE ORTIZ, et al.,

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland, issued January 30, 2006, that Plaintiff's case be dismissed with prejudice. Plaintiff failed to file an objection to this recommendation and therefore is not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the pertinent portions of the record in this case, including the recommendation, past orders, and Plaintiff's affidavit filed November 14, 2005. The record indicates that Plaintiff has repeatedly failed to comply with the requirements of Magistrate Judge Schlatter's July 14, 2005 order regarding payments to the court, despite clear and repeated warnings that failure to comply will result in dismissal. Therefore, I agree with Magistrate Judge Boland that lesser sanctions would be ineffective, and that dismissal is appropriate.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Boland, issued January 30, 2006 (Docket No. 46), is accepted.

2. This action is dismissed without prejudice.

DATED at Denver, Colorado, on February 23, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge